# UNITED STATES DISTRICT COURT

for the

_____ District of _____          FILED 10 AUG '22 12:35 USDC-ORP

_____ Division

|  |  |  |
|---|---|---|
| Derrek Dwight Gilliam | ) | Case No. 3:22-CV-1171-YY |
| _____ | ) | (to be filled in by the Clerk's Office) |
|  | ) |  |
| *Plaintiff(s)* | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |  |
| *please write "see attached" in the space and attach an additional* | ) |  |
| *page with the full list of names.)* | ) |  |
| -v- | ) |  |
| universal music group ~ king county metro ~ | ) |  |
| chevron extra mile cain petroleum ~ | ) |  |
| neighbor care health Dr James Tzen ~ | ) |  |
| google ~ apple ~ | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued. If the* | ) |  |
| *names of all the defendants cannot fit in the space above, please* | ) |  |
| *write "see attached" in the space and attach an additional page* | ) |  |
| *with the full list of names.)* | ) |  |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Derrek Gilliam |
| Street Address | 1435 NE 81st St Madison DG. 8572rd ave #100 |
| City and County | Portland   Multnomah |
| State and Zip Code | OR   97213 OR 97213 |
| Telephone Number | 206-849-4003 OR 206-769-5316 |
| E-mail Address | derrekgilliam @ mail. com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — Universal music group of america

Job or Title (if known) — music industry

Street Address — 2130 BUR bank Blvd los angeles county

City and County — WoodlaNd, hill

State and Zip Code — a C# 91367

Telephone Number —

E-mail Address (if known) —

**Defendant No. 2**

Name — apple park

Job or Title (if known) —

Street Address — one apple park way

City and County — Cupertino Santa Clara County

State and Zip Code — Ca 95014

Telephone Number — 408 - 996 - 1010

E-mail Address (if known) —

**Defendant No. 3**

Name — google plex

Job or Title (if known) —

Street Address — 1600 amphitheatre pkwy

City and County — mountain View Santa Clara County

State and Zip Code — Ca 94043

Telephone Number — 650 - 253-0000

E-mail Address (if known) —

**Defendant No. 4**

Name — Cain petroleum chevron - extra mile

Job or Title (if known) —

Street Address — 11747 sw Pacific hwy

City and County — Portland Oregon 97223 Washington County

State and Zip Code — OR Egon 97223

Telephone Number — 503 - 639 - 7151

E-mail Address (if known) —

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.   *13th amendment   involuntary servitude for music ~ 22 U.S.C. 2 7102 (7) & (8)*

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)*  Derrek D. Gilliam , is a citizen of the State of *(name)*  Oregon .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)*  Universal music group , is a citizen of the State of *(name)*  California . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)*  Universal   music   group  , is incorporated under

the laws of the State of *(name)*  California  , and has its

principal place of business in the State of *(name)*  California  .

Or is incorporated under the laws of *(foreign nation)*  ,

and has its principal place of business in *(name)*  Woodland   hills  .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: The defendant is getting in the way of my task, responsibilities, maintenance, and love interest of my adult life while causing unlawful Acts, gross work environment, and begging behavior.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

See    Attached    defendant    No. 1

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See    Attached    defendant    No. 1

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        8-10~22

Signature of Plaintiff

Printed Name of Plaintiff        Derrek Gilliam

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Defendant    no. 5

name: king county metro

Job or title : Transit Department

Street address : king street center 201 South Jackson st

city and county: seattle    king county

state and zip code : washington 98104

telephone number : 206-553-3000

Defendant  no. 6

name: neighbor care health clinic with Dr. James chuppo Treen

Job or title: Clinic &amp; ............ Dentist

Street address : 1200 12th ave S, suite 901

City and county : seattle   king

State and zipcode : washington 98144
telephone number : 206-461-6935

Co. defendant and partner with defendant No. 4
name: cain Petroleum
Job or title

Street address:

state and zip code : Oregon

telephone number: ...................... 503-546-3535

III.    Statement  of  claim  (defendant  No. 1)

Facts showing that  Plaintiff is entitled to the Damages or other relief sought
had dispute with a celebrity in texas while facebook showing me in los Angeles.
A&R Scots molding me for music factory letting me know not to get Job let over
methods work. The label CEO and famous people of dispute in Texas the music
industry Jobbed to advance me money sued each other on my birthday, the
year I was prompt to sign. arrive L.A. no deal go to food stamp office get
small cash and EBt — They send me to Hollywood to find work. I use cash from
L.A EBt office to buy me ticket Back to Seattle, tho Somebody approach
me in santa monica and say where you going Just get a silly Job at mc
Donalds and Somebody will see you. Take him a soft no after he Bought me
sunglasses went back to Seattle.

State  how  each  defendant was
involved and  what  each
defendant did to cause  harm
And violated plaintiff Rights
Dates & places

universal music associated with song unauthorized use of all my personal online accounts
instagram facebook twitter gmail and apple since 2017. left  broke up with music
in 2019~ 3-2020  A&R Scouts of michael 2.0 lead to dissing argument  caused Dentist visit
leaving chin altered like michael 1.0 on neighbor care clinic seattle 3-17-2022.
by Jame Tzen   4-2021~ visit Texas no resources random people approach me about writing
music in los Angeles.   After september 2021  College grad student approach me
about modeling at my Job chevron we have zoom meeting about the modeling gig at Portland
library weeks later at same library a guy listening to music Jamming music was ask to
leave by library staff I was amused under my breath lead to him saying you think its
funny ILL kill you  ILL kill you  ILL Fn kill  you.

claim for physical: $45,000 salary cause of failure to maintain up keep of personal Body, Lack of shelter and in able to pay for damages caused during these events

claim for mental: $45,000 salary of 18 wheel truck cause of defendant Lack of Reality and forcing me from my Responsibilities of Adult life like paying off my federal student loan debt Sending money to ex-girlfriend for child support.

claim for emotional: $45,000 Annual salary of 18 wheel truck cause inability to pay dating website to meet my girlfriend Soon to be wife.

claim for lost wages; girlfriend soon to be wife has 2014 or better Lamborghini huracan priced over $300,000 with 2014 or Better Bentley Continental gt coupe priced over $75,000 with a Allowance for me at over $425,000 when we meet girlfriend soon to be wife option 2 has luxury car 2016 or Better Rolls Royce phantom priced over $400,000 with 2016 or Better ferrari 812 superfast priced over $300,000 grand 18 wheel truck job for swift $43,000 - $86,400 when finished pay off my ticket

claim for Punitive damages; $45,000 Annual salary of 18 wheel Truck Lack of shelter caused me to be exposed to to I kill you events featuring covid-19 2012.31-2022 a DJ music got spit and almost got me while carrying music stuff. defendants multiple efforts of causing use Covid-19 as a weapon

grand total for this defendant $1,925,000 in Relief to plaintiff ask to be jury trail

b.  If the defendant is a corporation

The defendant, *(name)*  google  plex  , is incorporated under

the laws of the State of *(name)*  california  , and has its

principal place of business in the State of *(name)*  california  .

Or is incorporated under the laws of *(foreign nation)*  ,

and has its principal place of business in *(name)*  cupertino  .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:
help or aid universal music or song or music industry with unlawful acts listed in universal statement of claim and unauthorized use of my google gmail account

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
shared unlawful acts and unauthorized use of google accounts with music industry or universal ~ song since 2017 to now unable to access the gmail account even having thugs steal my cellulure devices and send the media from kent in washington state to Los Angeles

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
relief claim to plaintiff ask in amount $ 125,000 and account derrekgilliam@gmail back ask to be jury trail

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.  13th amendment involuntary servitude for music

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Derrek D Grillian , is a citizen of the State of *(name)*  Oregon .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

   b.    If the defendant is a corporation

         The defendant, *(name)*        _apple_                        , is incorporated under

         the laws of the State of *(name)*      _california_           , and has its

         principal place of business in the State of *(name)*    _california_    .

         Or is incorporated under the laws of *(foreign nation)*                        ,

         and has its principal place of business in *(name)*    _cupertino_    .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

      The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

      _help or aid universal music or song or music industry_
      _with unlawful acts of unauthorized use of my apple_
      _account_

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_shared unlawful acts and unauthorized use of apple accounts_
_with music industry or universal-sony since 2012 to now_
_unable to access the account even having thugs and companies_
_steal my apple devices motive - itunes ._

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_Relief claim to plaintiff_
_amount_
_$ 125,000 and account_
_apple ID Bank_
_ask to be jury trial_

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

      ☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.   *13th amendment involuntary servitude for music*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)* _Derrek D. Gilliam_ , is a citizen of the State of *(name)* _Oregon_ .

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* _apple_ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _neighbor care health_, is incorporated under

        the laws of the State of *(name)* _washington_, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _Seattle_.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: Dr James chunpo Tzen performed dental wrong doing that altered my chin ~ Then got a 24 hour emergency Room to field with ex-ray saying there no dent showing in my chin with malpractice and defraud

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    SEE    attached ~ Defendant No. 6

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

    See    attached ~ Defendant No. 6

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _Derrick D. William_ , is a citizen of the State of *(name)* _OREgon_ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _Dr. James Chunpo Tzen_ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Page 3 of 5

Statement of Claim - (defendant No, 6)

3-16-2020 I seen Diona of neighbor care health for X rays was completed ~ 3-17-2020 Dr James chunpo Tzen perform dental medicine or meds that caused my chin to be altered with a dent, after ward I contacted apple health insurance filed a complaint on the dental accident By Dr James 22 Neighbor care health ~ they or defendants forgot about my now highten pain and made attempts to hide facts about the dental accident on 3-17-2020 with help from Portland Emergency Room visit of X~rays month later.

Claim for physical: $45,000 salary of 18 wheel truck per year - cause unable to repair chin and other dental work in the area of dental accident caused by Neighbor Care Clinic DR James Chunpo Tzen

Claim for mental: $45,000 annual salary of 18 wheel truck cause of defendant no.6 attempts to hide, forget or trick me out of thinking he did nothing wrong and hide the dental accident accident with Portland emergency room visit in 2020

Claim for emotional: $45,000 annual salary of 18 wheel truck cause of frustration of me not getting tooth pulled with raise of anxiety to go to any dentist office also, with staff of shelter at the time of dental accident witnessing me in severe pain, shelter staff wanting and having desire to help but cant for they are not dentist

Claim for lost wages: n/a

Claim for punitive damages: $45,000 annual salary of 18 wheel truck for the lack of care with the attempts to hide facts of dental accident that left me in in heighten pain total for this defendant

            is    $180,000  in relief to plaintiff

        and    ask    for jury trail

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _King County metro_ , is incorporated under

        the laws of the State of *(name)* _washington_ , and has its

        principal place of business in the State of *(name)* _washington_ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _Seattle_ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        accident personAl injury - neglect - hiding in wait defraud

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

after april before august 2020 I was on the metro bus 101 coming from Renton. The Bus stop just before Jackson Street when a automobile struck the Back of the metro Bus. king County metro accident department sent email statement was everyone on BUS is able to claim ~ Back has gave out causing me a E.R. visit king county metro Refuse to answer my emails.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

        See Attached defendant No. 5

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question                    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)* _DEREK Gilliam_ , is a citizen of the State of *(name)* _____ .

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Claim for Physical: $ 45,000 salary of 18 wheel truck
causs failures to maintain medical physical up keep and one
Recovery from accident with Back sterain neck sterain

defendant NO,5

Claim for mental: $ 45,000 salary of 18 wheel truck
cause of defendants many attempts to hide facts about
metro Bus accident — ...

Claim for Emotional: $ 45,000 annual salary of 18
wheel truck causs inability to pay medical cost or
Expenses - Being injured ... while feeling lost
for health Recovery

Claim for lost wages: $ 45,000 salary annual of 18
wheel Truck. stop me from getting to wife to be who has
2014 or better lamborghini huracan priced over $ 300,000 with
2014 or better bentley continential gt coupe priced over $ 75,000
with allowance for me over $ 425,000. wife to be option 2
has Luxury car 2016 or Better Rolls Royce phantom priced over
$ 400,000 with 2016 or Better ferrari gt2 super fast priced over
$ 300,000

Claim for punitive damages: $ 45,000 annual salary of
18 wheel truck for defendant forgetting and putting off
my health at Risk by avoiding to pay money for
damages.

        Total for this defendant $ 925,000 in
        Relief to plaintiff and ask for
                Jury Trail

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Job or Employment discrimination Based on Race - U.S. const Amendment 14 42 U.S.C. 1981, 1983*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _Pepper D. Gilliam_ , is a citizen of the State of *(name)* _Oregon_ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* Chevron extra mile Corw , is incorporated under

the laws of the State of *(name)*      OREgon                    , and has its

principal place of business in the State of *(name)*       California         .

Or is incorporated under the laws of *(foreign nation)*                          ,

and has its principal place of business in *(name)*      San Ramon         .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

accident on Job of Racial discrimination
Calling me the N-word ending In ER
while we are both on Job in front of people.
following Regional manager Demoting me & giving him more.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

See     Attached    defendant No. 4 & 6

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See    Attached    defendant No. 4 & 6

Statement of claim

Hired on At chevron Cain as gas pumper full time in September 2021 Before november 2021 on sunday A co-worker got upset by me letting him know I was Back from Break he got mad And went off by calling me A N-word the ER. MARCO was Present. Me never got the full time Job with Cain AS gas pumper. Futher more some of Cain Petroleum Employees MARCO, SUSAN and DALTON mad Attempts to Clean up The naword Accident with Cruel Racial Joke5 At work with comedy videos from Their phone. Another accident with DAlton going off me By not answering the phone - even Cussing at me infront of Customers. Cain Petroleum made me write a accident Report this is when I became Aware of the company's sophistication. With a man following me home calling me the N-word multiple time in my Chevron uniform - the man looking similar to Ryan the head manager new year 2022 Eric a gas pumper ask if I ever listen to African music - new Job Chevron Extra mile PARK ross - everybody was welcoming and friendly Then after meeting frank the owner everyone distant Ou last night of work A urban street woman was leAd to letting me know frank iI a monster And to leave fast, next day franks. daughter noelle TxT me About cleaning Store window when the two gas pumpers where tring me Saying Jessica is Supervisor. Stress and anixets lead me not to go Back.

Claim for purg sicel- Tues, Truck French cause failure to maintain up keep of Personal Body- Lack of Shelter

Claim for mental - $ 45,000 salary of 18 wheel truck cause of defendant's sophisticated attempts to hide truck me from facts of the accidents At Chevron Cain Job-Site. Of against Race or color

Claim for emotional - $ 45,000 annual salary of 18 wheel truck cause inability to pay dating websits to meet wheel my girlfriend wife to be and getting me off a job that I generally like

Claim for lost wages: wife to be has 2014 or better lamborghini huracan priced over $ 300,00 with 2014 or Better bentley continential g+ coupe priced over $ 75,000 with Allowance for me ousr $ 425,000 wife to be option 2 has luxury car 2016 or Better Rolly Royce Phantom priced over $ 400,000 with 2016 or Better ferrari 912 super fast priced over $ 500,000 ~ 18 wheel Truck for Swift - $ 43,000 - $ 86,400

Claim for punitive damages: $ 45,000 annual salary of 10 wheel truck for defendant mountain high acts and un proffesional handling of accidents and repeat of Racial Threats

Total for this defendant $ 925,000 in relief to plaintiff and ash for jury trail